UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROY WALKER, WILLIAM FEATHERLY, CRAIG STEVENS, and ROGELIO FISCAL <br><br> Plaintiffs, <br><br> v. <br><br> C&J ENERGY SERVICES, INC. and CASEDHOLE SOLUTIONS, INC. <br><br> Defendants. | § § § § § § § § § § § § § § | DOCKET NO. SA-5:16-CV-00353-RP |

## C&J ENERGY SERVICES, INC. AND C&J SPEC-RENT SERVICES, INC.'S REPORT ON THE STATUS OF BANKRUPTCY ACTION

On July 21, 2016, this Court stayed the above-styled action after Defendants, together with certain of their affiliates (the "Debtors"), filed for relief under Chapter 11 of title 11 of the United States Code. (ECF # 30).  The Court further ordered Defendants to file a status report regarding the status of the Defendants' bankruptcy action on a quarterly basis, beginning on September 30. Pursuant to that Order, Defendants report as follows:

Defendants' bankruptcy actions, together with those of certain of their affiliates, are being jointly administered under Case No. 16-33590 in the United States Bankruptcy Court for the Southern District of Texas, before U.S. Bankruptcy Judge David R. Jones.  On September 28, Debtors filed their First Amended Chapter 11 Plan. *In re CJ Holding Co,, et al.,* Dkt. 518, No. 16-33590 (Bankr. S.D. Tex, Sep. 28, 2016).  As of the current date, Debtors' plan has not been confirmed.

Respectfully submitted,

*/s/ Sean M. Becker*
SEAN M. BECKER (Attorney-in-Charge)
State Bar No. 24049657
Federal ID 602796
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713.758.2646
Facsimile:  713.615.5129
sbecker@velaw.com

ATTORNEY FOR DEFENDANTS C&J ENERGY SERVICES, INC. AND C&J SPEC-RENT SERVICES, INC., AS SUCCESSOR TO CASEDHOLE SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I certify that on September 30, 2016, the foregoing document was filed electronically through the Court's CM/ECF System and was automatically copied to Plaintiffs through the Court's electronic filing system.

/s/ *Sean M. Becker*
Attorney for Defendants